```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GREGORY MCGOWAN, et al.,                 :    22cv6971 (DLC)
                                         :
                    Plaintiffs,          :        ORDER
          -v-                            :
                                         :
GEOFF STANLEY, et al.,                   :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 16, 2022, plaintiffs' counsel filed a letter raising issues regarding Matthew Ball's and D. Craig Parry's pro hac vice motions to appear as counsel for the defendants in this action. It is hereby

ORDERED that Mr. Ball and Mr. Parry shall respond to the issues raised in plaintiffs' counsel's letter by **December 20, 2022**.

Dated:   New York, New York
         December 16, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge