```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
GREGORY MCGOWAN, et al.,                  :   22cv6971 (DLC)
                                          :
                   Plaintiffs,            :   ORDER
          -v-                             :
                                          :
GEOFF STANLEY, et al.,                    :
                                          :
                   Defendants.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On December 16, 2022, plaintiffs' counsel filed a letter raising issues regarding Matthew Ball's and D. Craig Parry's pro hac vice motions to appear as counsel for the defendants in this action. On December 19, defendants' counsel filed a responsive letter, and on December 20, plaintiffs' counsel filed another letter. Accordingly, it is hereby

ORDERED that if plaintiffs' counsel wishes to file a motion for disqualification as to Mr. Ball and Mr. Parry, he must do so by **January 13, 2023.**

IT IS FURTHER ORDERED that any response to a January 13 motion is due **January 27, 2023.**

Dated:     New York, New York
           December 21, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge