```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GREGORY MCGOWAN, et al.,                 :    22cv6971 (DLC)
                                         :
                  Plaintiffs,            :    ORDER
         -v-                             :
                                         :
GEOFF STANLEY, et al.,                   :
                                         :
                  Defendants.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 22, 2023, the plaintiffs requested a three-week extension of the motion for class certification briefing schedule. It is hereby

ORDERED that the plaintiffs' request is granted. The plaintiffs' motion for class certification shall be filed by **April 14, 2023**. The defendants' opposition shall be filed by **May 5, 2023**. Any reply shall be filed by **May 19, 2023**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that there shall be no further extension of the April 14, 2023 date. The remaining dates in the November 21, 2022 Scheduling Order remain unchanged.

Dated:  New York, New York
        March 22, 2023

```
                              _____
                                     DENISE COTE
                              United States District Judge
```