```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREGORY MCGOWAN et al.,

                                Plaintiffs,

        -against-

GEOFF STANLEY et al.,

                                Defendants.
-----------------------------------------------------------------X
```

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**22-CV-6971 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Plaintiffs' counsel submitted a late request to adjourn the settlement conference without first discussing it with Defendants' counsel. Notwithstanding that the conference has been scheduled for months and this Court's order requiring in person attendance, Plaintiffs' counsel advises that the lead plaintiff is not available for the conference. The Court scheduled an emergency call today to discuss the proposed adjournment, but Plaintiffs' counsel failed to attend the call. It being apparent that the Plaintiffs are not in a position to participate effectively in the settlement conference, the settlement conference is adjourned to **Monday, August 21, 2023 at 10:00 a.m.** Defendants may apply to the Court for recovery of their attorneys' fees and costs associated with their flights to New York to attend the conference in light of Plaintiffs failure to comply with this Court's scheduling order and rules and failure to timely request an adjournment.

**SO ORDERED.**

Dated: April 25, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge