```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
GREGORY MCGOWAN, et al.,                   :     22cv6971 (DLC)
                                           :
                    Plaintiffs,            :         ORDER
          -v-                              :
                                           :
GEOFF STANLEY, et al.,                     :
                                           :
                    Defendants.            :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On May 11, 2023, the defendants requested that the May 18, 2023 conference be rescheduled for earlier that same week. It is hereby

ORDERED that the May 18, 2023 conference is rescheduled to **May 17, 2023 at 3:00 P.M.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  New York, New York
        May 11, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge