```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
GREGORY MCGOWAN, et al.,              :      22cv6971 (DLC)
                                      :
                       Plaintiffs,    :      ORDER
           -v-                        :
                                      :
GEOFF STANLEY, et al.,                :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X
```
DENISE COTE, District Judge:

On April 14, 2023, the plaintiffs moved for class certification. The motion for class certification became fully submitted on May 9.

On May 2, the defendants moved for fees and costs for the plaintiffs' failure to appear at a Court-ordered settlement conference. The motion for fees and costs became fully submitted on May 16.

A conference was held on May 17. It is hereby

ORDERED that for the reasons stated on the record at the May 17, 2023 conference, the plaintiffs' April 14 motion for class certification is denied.

IT IS FURTHER ORDERED that for the reasons stated on the record at the May 17, 2023 conference, the defendants' May 2 motion for sanctions is granted as modified on the record.

IT IS FURTHER ORDERED that the plaintiffs shall pay the fees and costs to the defendants by **May 26, 2023**.

Dated:   New York, New York
         May 17, 2023

_____
DENISE COTE
United States District Judge