```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :    22cv6971 (DLC)
GREGORY MCGOWAN et al.,                    :
                                           :
                         Plaintiffs,       :    ORDER
                                           :
            -v-                            :
                                           :
GEOFF STANLEY et al.,                      :
                         Defendants.       :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On June 16, 2023, the plaintiffs requested a sixty-day extension of any pending deadlines because the plaintiffs have advised their current counsel that they desire to seek other counsel in this matter. Expert reports and disclosure of expert testimony by the party bearing the burden on an issue are due on June 16. The plaintiffs having failed to serve an expert report on June 16, the period for expert discovery is closed unless the defendants serve an expert report on June 16.

It is hereby

ORDERED that the plaintiffs' June 16 request for an extension of pending deadlines is denied.

IT IS FURTHER ORDERED that the defendants shall notify the Court by **June 20, 2023** as to whether they served an expert report on June 16.

IT IS FURTHER ORDERED that assuming that no expert report

is served by the defendants on June 16, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The following motion will be served by the dates indicated below.

    Motion for Summary Judgment

    - Motion served by **July 14, 2023**
    - Opposition served by **August 4, 2023**
    - Reply served by **August 18, 2023**

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2. In the event no motion for summary judgment is filed, the Joint Pretrial Order must be filed by **July 14, 2023**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

Dated:   New York, New York
         June 16, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge

2