UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :      22cv6971 (DLC)
GREGORY MCGOWAN et al.,              :
                                     :
                    Plaintiffs,      :           ORDER
                                     :
          -v-                        :
                                     :
GEOFF STANLEY et al.,                :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    On July 14, 2023, the plaintiffs filed a motion for partial
summary judgment.  On July 17, the defendants notified the Court
that certain exhibits publicly filed by the plaintiffs are
documents that the defendants had designated as confidential
pursuant to the Stipulated Protective Order entered in this
action.

    A party's description of information as confidential or
highly confidential will not, by itself, be sufficient to
support the redaction or sealing of the information.  "[A]
presumption of public interest attaches" to judicial documents.
Olson v. Major League Baseball, 29 F.4th 59, 89 (2d Cir. 2022).
The First Amendment "requires a court to make specific, rigorous
findings before sealing the document or otherwise denying public
access."  Bernstein v. Bernstein Litowitz Berger & Grossmann
LLP, 814 F.3d 132, 141 (2d Cir. 2016) (citation omitted).

It is hereby

ORDERED that the Clerk of Court shall modify the viewing level of the following documents to only be viewable by the parties in this case and the Court: Dkt. Nos. 74-7, 74-9, 74-10, 74-11, 74-12, 74-14, 74-15, 74-16, 74-17, 74-20, 74-22, 74-23, and 74-25.

IT IS FURTHER ORDERED that by **July 24, 2023**, a party wishing that any documents be filed under seal or with redactions must include in a publicly filed letter proposed findings that support the request.  If the proposed findings do not justify the filing of the documents under seal or with redactions, the documents will be made publicly available.

Dated:    New York, New York
          July 19, 2023

                                    _____
                                    DENISE COTE
                                United States District Judge