```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   22cv6971 (DLC)
GREGORY MCGOWAN et al.,                    :
                                           :
                        Plaintiffs,        :   ORDER
                                           :
            -v-                            :
                                           :
GEOFF STANLEY et al.,                      :
                        Defendants.        :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 25, 2023, the defendants requested permission to file a memorandum of law in opposition to the plaintiffs' motion for partial summary judgment of up to 31 pages in length. The defendants state that they need 20 pages to respond to the plaintiffs' Rule 56.1 statement pursuant to Local Rule 56.1(b). This Court's Individual Practices in Civil Cases limits memoranda in opposition to motions to 25 pages; this limit does not apply to Rule 56.1 statements and responses thereto, as those are separate documents. It is hereby

ORDERED that the defendants' July 25 request is denied as moot.

Dated:   New York, New York
         July 25, 2023

                                          _____
                                               DENISE COTE
                                          United States District Judge