**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
GREGORY MCGOWAN, et al.,

                Plaintiffs,

   -against-                                  22 **CIVIL** 6971 (DLC)

                                                      **JUDGMENT**

GEOFF STANLEY, et al.,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 12, 2023, the defendants' July 12, 2023 motion for summary judgment is granted. The plaintiffs' July 12, 2023 motion for partial summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York

      October 12, 2023

                                                      **RUBY J. KRAJICK**

                                                       _____
                                                         **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                       _____
                                                         **Deputy Clerk**