UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   22cv6971 (DLC)
GREGORY MCGOWAN et al.,                :
                                       :
                         Plaintiffs,   :   ORDER
                                       :
            -v-                        :
                                       :
GEOFF STANLEY et al.,                  :
                         Defendants.   :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

An October 12, 2023 Opinion and Order granted summary judgment to the defendants in this case. On November 9, 2023, plaintiffs filed a notice of appeal to the United States Court of Appeals for the Second Circuit. On February 6, 2024, plaintiffs' counsel submitted a motion to modify the Court's May 17, 2023 Order. The February 6 motion did not address the issue of this Court's jurisdiction during the pendency of plaintiffs' appeal. Nor did it indicate that plaintiffs had sought consent from defendants as to the proposed modification. Accordingly, it is hereby

ORDERED that any further request from plaintiffs regarding modification of the May 17, 2023 Order is due March 1, 2024.

Dated:   New York, New York
         February 7, 2024

                                   _____
                                         DENISE COTE
                                   United States District Judge